IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSELL THOMPSON and | : | |
| THOMASINA THOMPSON, H/W, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO. 11-5410 |
| v. | : | |
| | : | |
| KULICKE KONECRANES GMBH, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 3rd day of August 2012, upon consideration of Plaintiffs' Motion to

Remand (Doc. No. 8), the Response in Opposition filed by Defendant Ingenieurtechnik und

Maschinenbau GMBH ("IMG") (Doc. No. 12), the Response in Opposition filed by Defendant

Reading Crane and Engineering Company ("Reading Crane") (Doc. No. 14), the Supplemental

Memoranda of Law filed by Plaintiffs', Defendant IMG, and Defendant Reading Crane (Doc.

Nos. 23, 24, and 25), and Defendant IMG's Reply to Plaintiffs' Supplemental Memorandum of

Law (Doc. No. 26), and the arguments made by counsel for the parties at the October 28, 2011

hearing, it is **ORDERED** as follows:

1. Defendant IMG's Motion for Leave to File a Reply to Plaintiffs' Supplemental

   Memorandum of Law (Doc. No. 26) is **GRANTED**.

2. Any pending motions not referenced in this Order are **DENIED AS MOOT**.

3. Plaintiffs' Motion to Remand (Doc. No. 8) is **GRANTED,** and the Clerk of Court

   is directed to remand the file to the Court of Common Pleas of Philadelphia

   County.

4.      The Clerk of Court shall close the case.

BY THE COURT:


 /s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.